TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00373-CV

Mac Elroy Desha, Appellant

v.

Charles Robert Devine, Appellee

FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT

NO. 97-V-123, HONORABLE DAN R. BECK, JUDGE PRESIDING 

PER CURIAM

 Appellee Charles Robert Devine moves this Court to dismiss appellant Mac Elroy
Desha's appeal. As grounds to dismiss, Devine cites Desha's failure to file a brief.

 Having been granted two extensions, Desha was to file his brief by November 19,
1998. The clerk of this Court advised Desha on December 14 that no brief had been received and
that unless he provided a reasonable explanation by December 28 for the failure to file, the appeal
would be dismissed for want of prosecution. See Tex. R. App. P. 38.8(a). Desha has not
responded.

 We accordingly grant Devine's motion and dismiss the appeal for want of
prosecution. See id. 38.8(a)(1), 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution on Appellee's Motion

Filed: January 28, 1999

Do Not Publish